# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

RICHARD P. SHERIDAN,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.

Case No. 3:09-CV-135-CWD

**JUDGMENT**

 Pursuant to the Court's Memorandum Decision and Order which **AFFIRMED** the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the **RESPONDENT** and the case is **DISMISSED** with prejudice.



DATED: September 30, 2010

_____

Honorable Candy W. Dale
Chief United States Magistrate Judge